CREITZ & SEREBIN LLP
Joseph A. Creitz (SBN 169552)
joe@creitzserebin.com
Lisa S. Serebin (SBN 146312)
lisa@creitzserebin.com
100 Pine St., Ste. 1250
San Francisco, CA 94111
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Interpleader Defendant
ADRIANA VANESSA NUÑEZ

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA NUNEZ, | Case No. 3:16-cv-07412-JST |
| Plaintiff, | STIPULATED REQUEST FOR A 21-DAY ENLARGEMENT OF TIME FOR ADRIANNA VANESSA NUÑEZ TO FILE A FEE PETITION |
| v. | (Dkt. 67, L.R. Civ. 6-3) |
| PACIFIC GAS AND ELECTRIC COMPANY RETIREMENT PLAN, | |
| Defendant. | and |
| PACIFIC GAS AND ELECTRIC COMPANY RETIREMENT PLAN, | [proposed] ORDER |
| Counterclaim/Interpleader-Plaintiff, | |
| v. | |
| GLORIA NUNEZ, and ADRIANA VANESSA NUÑEZ, | |
| Interpleader Defendants. | |

*Nunez v. PG&E Retirement Plan*, Case No. 16-cv-07412-JST
Stipulation to Enlargement of Time to File Fee Petition, and [proposed] ORDER

1

Pursuant to Civil Local Rule 6-3, the undersigned counsel for Interpleader Defendant Adrianna Vanessa Nuñez, and Plaintiff and Interpleader Defendant Gloria Nuñez, hereby stipulate and agree as follows:

(1) Pursuant to the Court's Order of February 12, 2018 (Dkt. 67), Interpleader Defendant Adrianna Vanessa Nuñez must file a fee petition, if any, no later than March 5, 2018.

(2) The undersigned counsel for Interpleader Defendant Adrianna Vanessa Nuñez is serving as first-chair in a jury trial that commences Friday February 23, 2018, and runs through March 9, 2018, at the earliest. The case is *Kanellakopoulos v. Unimerica Life Insurance Co.*, No. 15-cv-4674-BLF, proceeding before the Honorable District Judge Beth Freeman in San Jose.

(3) Because of the time demands of the trial and trial preparation, it will not be feasible for counsel to Adriana Vanessa Nuñez to generate a fee petition by the March 5, 2018 date currently prescribed by the Court's Order (Dkt. 67).

(5) There are no prior requests by the parties to enlarge time.

(6) Granting the instant Stipulation to enlarge the due date for a fee petition will not affect any other date currently prescribed by the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Nunez v. PG&E Retirement Plan*, Case No. 16-cv-07412-JST
Stipulation to Enlargement of Time to File Fee Petition, and [proposed] ORDER

2

WHEREFORE, the undersigned hereby stipulate and agree that the deadline for Interpleader Defendant Adrianna Vanessa Nuñez to file a fee petition, currently prescribed by the Court's Order of February 12, 2018 (Dkt. 67) shall be enlarged by twenty-one days, to and including March 26, 2018.

Dated: February 20, 2018     CREITZ & SEREBIN LLP

           By: ___/s/ Joseph A. Creitz___
           Attorneys for Interpleader Defendant
           ADRIANA VANESSA NUÑEZ

Dated: February 20, 2018     IBARRA PROFESSIONAL LAW CORPORATION

           By: ___/s/ Gener Benitez___
           Gener Benitez
           Attorneys for Plaintiff and Interpleader
           Defendant GLORIA NUÑEZ

SIGNATURE ATTESTATION

I hereby attest that I obtained the consent of all signatories hereto to the filing of this document.

Dated: February 20, 2018     CREITZ & SEREBIN LLP

           By: ___/s/ Joseph A. Creitz___
           Attorneys for Interpleader Defendant
           ADRIANA VANESSA NUÑEZ

# [proposed] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the deadline for Interpleader Defendant Adrianna Vanessa Nuñez to file a fee petition, if any, shall be enlarged by twenty-one days, to and including March 26, 2018.

IT IS SO ORDERED

Dated: February 21 , 2018

UNITED STATES DISTRICT JUDGE

*Nunez v. PG&E Retirement Plan*, Case No. 16-cv-07412-JST
Stipulation to Enlargement of Time to File Fee Petition, and [proposed] ORDER

4